UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA HESS,

      Plaintiff,                        Case No. 5:15-cv-13984
                                          District Judge Judith E. Levy
v.                                        Magistrate Judge Anthony P. Patti

METROPOLITAN LIFE
INSURANCE COMPANY,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO ALLOW DEFENDANT REPRESENTATIVE TO APPEAR BY TELEPHONE (DE 8)

      This matter is scheduled for a settlement conference on February 11, 2016. On January 27, 2016, Defendant filed an unopposed motion to allow its representative to appear at the conference by telephone. (DE 8.) Defendant's motion is **GRANTED**. Defendant is cautioned, however, that the individual appearing by telephone must have complete settlement authority.

      **IT IS SO ORDERED.**


Dated: February 3, 2016                s/Anthony P. Patti
                                                    Anthony P. Patti
                                                    UNITED STATES MAGISTRATE JUDGE

2

I hereby certify that a copy of the foregoing document was sent to parties of record on February 3, 2016, electronically and/or by U.S. Mail.

                                      s/Michael Williams
                                      Case Manager for the
                                      Honorable Anthony P. Patti