## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Cynthia Hess,

      Plaintiff,

v.

Metropolitan Life Insurance
Company,

      Defendant.

Case No.  15-cv-13984
Hon. Judith E. Levy
Mag. Judge Anthony P. Patti

## **<u>JUDGMENT</u>**

For the reasons stated in the order entered on today's date, it is

ordered and adjudged that this case is dismissed with prejudice.

DAVID J. WEAVER
CLERK OF THE COURT

By:   <u>s/Felicia M. Moses</u>
DEPUTY COURT CLERK

APPROVED:

<u>s/Judith E. Levy</u>
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE